IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL FRY, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OFFICER W. CLAY SMOKER and | : | |
| MANOR TOWNSHIP, | : | No. 11-3015 |
|     Defendants. | : | |

## ORDER

    **AND NOW**, this **9th** day of **May**, **2012**, upon consideration of the parties' cross-motions for summary judgment and the responses thereto, and for the reasons stated in the Court's Memorandum dated May 9, 2012, it is hereby **ORDERED** that the motions (Documents No. 12, 15) are **GRANTED in part** and **DENIED in part**, as follows:

    1.    Judgment is **GRANTED** in favor of Defendant Manor Township and against Plaintiff on Count II.

    2.    The motions are **DENIED** with respect to Count I.

BY THE COURT:

_____
**Berle M. Schiller, J.**